Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

PINNACLE CHARTER SCHOOL et al., Appellants, v BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Submitted September 3, 2013; decided October 22, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

PINNACLE CHARTER SCHOOL et al., Appellants, v BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Submitted October 7, 2013; decided October 22, 2013

Motion by Community Charter School to intervene denied.

CAROLYN MARY SCHENK, Appellant, v STATEN ISLAND UNIVERSITY HOSPITAL et al., Respondents, et al., Defendant.

Submitted August 26, 2013; decided October 22, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

RENEE SCIARA et al., Respondents, v SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C., et al., Appellants. USHA CHOPRA, M.D., Nonparty Appellant.

Submitted July 29, 2013; decided October 22, 2013